FILED - USDC -NH
2023 MAY 31 AM 10:37

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Civil Action:** _____

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

V.

LANDYA MCCAFFERTY, as Defendant

ANDREA K JOHNSTONE, as Defendant

STEVEN J. MCAULIFFE, as Defendant

**26 May 2023**

---

VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE,
COMPENSATORY RELIEF & REQUEST FOR A JURY TRIAL

---

Plaintiff Richard Maximus Strahan speaks:

1. I am bringing claims against the Defendants ("Shyster Judges") under the First Amendment's Petition Clause **FN**1 and other constitutional provisions of law to protect my First Amendment protected right to Petition the Courts ("Petition") and my Freedom of Speech in making written filings to the federal courts. These individuals are lawyers now employed government judges, The Shyster Judges have usurped their legitimate judicial authority by acting as biased

---

[1] The First Amendment: "Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."

individuals against pro se petitioner in general and me especially as the dreaded "multi-filer." **FN2** T

I am seeking injunctive and compensatory relief against the Shyster Judges who are personally and continuously are inflicting irreparable and tortious injury on me by their usurping their lawful authority as judicial magistrates. The Shyster Judges are acting in concert to interfere and otherwise stop me from making written filings criticizing them in their oversight of the court proceedings. In retaliation they are stopping me from prosecuting my claims against them and other government defendants in the US District Court for the District of New Hampshire (USDC NH). They are also enforcing an order to stop me from having telephonic communication with the USDC NH clerk's office ("Clerk's Office") staff. They ordered the clerk's office to block my phone calls to that office and from physically entering that office. These Shyster Judges acting in concert have created a hostile environment for me at the USDC NH. These threats and intimidations are coercing and me from further petitioning the NH USDC and/or making any phone call to the clerk's office.

3. In the instant action I am seeking —

A. Current and prospective injunctive relief for an order enjoining the Shyster Judges from issuing or enforcing any order that impairs my professional communication with Clerk's Office employees. I am also asking for an order enjoining the Shyster Judges from presiding over the proceedings of any lawsuit I am currently prosecuting or will bring in the future.

---

[2] Federal judges especially fear and despise any pro se petitioner that files several lawsuits to enforce the law against government employees and agencies.

B.  I am seeking a Declaratory Judgement that the First Amendment's Petition Clause is directly enforceable against federal judicial magistrates and that the First Amendment protect the right of any Citizen to not only file a petition with a federal court but to have his claims and sought for relief adjudicated on the merits and not subject to dismissal as a means of punishment for the Petitioner filing written criticism of a judges ethics and its failings to adjudicate the petitioner's claims.

C.  I am seeking a Declaratory Judgement that the First Amendment's Free Speech Clause is directly enforceable against federal judicial magistrates. The First Amendment protects the right of any Citizen to not only file a petition with a federal court but also protects his right to make subsequent written filings with the court that contains written language that a judge considers disrespectful, annoying, offensive and/or obnoxious.

D.  I am seeking a Declaratory Judgement that I and any other pro se petitioner have a constitutionally protected right of due process enforceable against federal judges that entitles us to a "pre-deprivational hearing" before any judge can dismiss our petition to a court for any reason. This protected right also entitles us to reasonable discovery from any defendant or the court's staff in order to meaningfully defend ourselves from having our petition dismissed by the court for any reason.

C.  Compensatory and punitive damages against the Shyster Judges for their retaliatory and otherwise unconstitutional dismissal of *Strahan v. O'Reilly*, 22-cv-00052 (USDC NH 2022) as a punitive act for his filing critical statements concerning the Shyster Judges failure to adjudicate his claims and/or their enforcing orders to prohibit his constitutionally protected right

to communicate with clerk's office employees about issues concerning his petition the court.

D.   A jury trial on all my claims against the Shyster Defendants.

## Parties

4.   Plaintiff Richard Maximus Strahan is an Endangered Species Recovery Agent. His email address is esistoo@yahoo.com. His current business address is RICHARD MAXIMUS STRAHAN 1465 WOODBURY AVE PMB 337 PORTSMOUTH, NH 03801-3210

6.   Defendant Landya McCafferty is being sued as an individual acting under color of federal law and as a federal actor. His business address is % USDC New Hampshire US District Court, 55 Pleasant St #110, Concord, NH 03301.

7.   Defendant Andrea K. Johnstone is being sued as an individual acting under color of federal law and as a federal actor. His business address is % USDC New Hampshire US District Court, 55 Pleasant St #110, Concord, NH 03301.

8.   Defendant Steven J. McAuliffe ("Shyster McAwful") is being sued as an individual acting under color of federal law and as a federal actor. His business address is % USDC New Hampshire US District Court, 55 Pleasant St #110, Concord, NH 03301.

## Jurisdiction and Standing

9.   The Court has jurisdiction over the subject matter of this action by virtue of 28 U. S. C. § 1331 (provides the court jurisdiction to entertain actions under the laws of the United States); 28 U. S. C. §§ 2201-2202 (power to issue declaratory judgment); 28 USC § 1337 (provides the court jurisdiction to hear

supplemental state claims). The instant action is a *Bivens* action against individuals who are federal employees. **FN3**

10. Strahan has meets standing requirements of Article III of the Constitution to bring his claims against the Shyster Judges. He has been injured by the Shyster Judges, faces imminent arrest by the Shyster Judges in the future and is the subject to the serious prospects of them repeating their said alleged unlawful actions against him at any time in the future.

### The Plaintiff's Claims Against the Shyster Judges

COUNT I: *The Shyster Judges Violation of the First Amendment and its Free Speech Clause.*

11. The Plaintiff re-alleges his claims of fact and law asserted in paragraphs 1 – 10.

12. The Free Speech Clause protects my right to criticize federal judges in court filings just as it protects my right to criticize other branches of government and their employees. No state government can deny me a driver's license simply because I called a government employee an "idiot" or made other criticisms of them. Similarly, no judge can deny me my "day in court" because I criticized it in a court filing. Even if that criticism crossed the line and was seen as obnoxious.

13. The Shyster Judges are acting in concert to enforce an unconstitutional practice of terminating lawsuits and imposing other horrific restraints on their access to the courthouse and its services to prevent court employees — especially judges — from being openly criticized by the Public.

14. The Shyster Judges acted in concert to violate my First Amendment protect rights of Free Speech by terminating my lawsuit — *Strahan v. O'Reilly et*

---

[3] *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971).

*al* in the USDC NH court — based on nothing more than the criticism I made of them in written court filings. The termination was done *with prejudice* to deliberately stop me from suing any of them for their unlawful antics in that litigation at any further point of time. In doing so they let defendant cops and state actors get away with committing horrific and unlawful acts against me they cost me money and much suffering. Not once did these Shyster Judges weigh the consequences of my being denied my "day in court" to get Justice against the defendants' injuries on me against their feeling offended by my critique of them when they terminated the said lawsuit with prejudice.

15. Since 2015, I have filed several petitions with the Court that brought fully meritorious claims against the state actor defendants. One of these was captioned *Strahan v. O'Reilly*, 22-cv-00052 (Dist. NH 2022). After filing *Strahan v. O'Reilly*, the court waived its filing fee and issued the summons to be served on those defendants. After mailing my petition to the USDC NH clerk's office ("Clerk's Office") I contacted that office several times by phone to facilitate getting the summons issued and sent to me in order that I have them served on those defendants.

16. Apparently in the course of these phone conversations, one or more Clerk's Office employees developed a hateful animus towards me and no longer wanted to communicate with me directly in any manner. Upon information and belief, these Clerk's Office employee(s) became concerned that I might file a complaint against them for failing to perform their assigned tasks properly. They chose to discriminate against me as a *pro se* petitioner and then personally asked Shyster Johnstone to issue an order barring me from further telephonic and personal communication with any employee of the Clerk's Office.

17. On 4 March 2022 Shyster Johnstone issued an order in part barring me from telephoning any Clerk's Office employee or physically visiting the Clerk's Office for any reason ("Gag Order"). **See Addendum #1.** Shyster Johnstone's Gag Order further ordered that the penalty for violating it would result in the termination of any current civil action I was or will be prosecuting in the NH USDC Court in addition to my being incarcerated for criminal contempt. It also ordered that any filing I make with the Court will be struck from a case record if a Shyster Judge found it subjectively "objectionable."

18. The Gag Order stated –

"Strahan is ordered to cease all telephonic communication with the Clerk's office. He may conduct case- related communication through the ECF inbox email address (ecfintake@nhd.uscourts.gov). If he violates this Order, or his future written communications or personal interactions with the court exhibit insulting, offensive, harassing content, Mr. Strahan will be subject to further sanction, including the dismissal of this case with prejudice. **Any filings Mr. Strahan makes that include such content [obnoxious or critical] will be stricken from the docket**."

19. The Gag Order was issued based completely on hearsay evidence supplied to this Shyster Judge by disgruntled Clerk's Office Employees. At no time did I receive any opportunity from Shyster Johnstone to respond to these invidious claims against me by anonymous Clerk's Office employees. The Gag Order was simply issued out of a hateful and discriminatory animus of Shyster Johnstone to all pro se plaintiffs who brought civil actions in the USDC-NH court.

20. As a result of the Shyster Johnstone's Gag Order, I was henceforth and currently intimidated and coerced by its threatened punishment from making any telephonic communications with the Clerk's Office and from physically entering the USDC NH courthouse to the current day.

21.　Upon information and belief Shyster Johnstone's Gag Order is still in effect. After issuing the Gag Order Shyster Johnstone chose to recuse itself from any further oversight in *Strahan v. O'Reilly*.

22.　Later, on 26 May 2023, Shyster McCafferty itself issued an order seeking to personally enforce Shyster Johnstone's Gag Order ("Gag Order II") Shyster McCafferty's order directed the Clerk's Office to permanently block my personal phone from being able to call the Clerk's Office business number. It also threatened to terminate *Strahan v. O'Reilly* civil action if I make a single further phone call to the Clerk's Office for any reason and make any filing with the USDC NH court that it found to be subjectively offensive. See Addendum #2.

23.　Shyster McCafferty's Gag Order II states in part —

"Pursuant to the court's inherent authority the court further sanctions Strahan for his misconduct as follows. First, the court has directed that the phone number Strahan used to call the courthouse on May 26, 2022, be blocked (from making calls to this court) until further order of the court. **Second, should Strahan make any further calls to the courthouse—even a single call—or present a single insulting, abusive, or harassing filing, the court will dismiss this suit with prejudice as a sanction for willful failure to follow multiple court orders**. … Given his habitual abusive conduct in this court and others, it is clear that Strahan is undeterred by lesser sanctions. Accordingly, the court finds that a dismissal of this suit with prejudice will be appropriate if Strahan violates the court's orders again"

24.　As of 26 May 2022, and to the current day I am unable to make any phone call to the Clerk's Office since Shyster McCafferty's Gag Order II is still in effect and my phone is permanently blocked from ever again making any such call.

25.　In response to Shyster McCafferty's Gag Order II, I sought her recusal from further oversight of my said civil action. It refused to go. So, I amended the complaint in *Strahan v. O'Reilly* to include Shyster McCafferty as a defendant for

in party for violating my First Amendment protected rights of Free Speech and Right to Petition the courts.

26. As a consequence of the above, Shyster McCafferty recused itself from further presiding over the proceedings in *Strahan v. O'Reilly*. In retaliation for my successfully compelling Shyster McCafferty's just removal, Shyster McAuliffe ("Shyster McAwful") was assigned to oversee the proceedings *Strahan v. O'Reilly*. His intent from the start of his appointment was to only terminate *Strahan v. O'Reilly* in retaliation to the Shysters Johnstone and McCafferty being forced by me to recuse themselves from any involvement in the said action. His only intent after appointment was to protect Shyster McCafferty from the embarrassment and infamy that would be inflicted on its colleague and former law clerk by my prosecuting it for constitutional violations of her oath of office.

27. Shyster McAwful just terminated *Strahan v. O'Reilly* to stop me my civil rights prosecution Shyster McCafferty. Shyster McAwful refused to adjudicate my claims or advance the proceedings. It did the opposite. It only acted to terminate my lawsuit.

28. On 8 September 2022, Shyster McAwful issued an order announcing that he was going to terminate *Strahan v. O'Reilly* and ordered me to file a document that would convince it not to terminate ("Revenge Order"). **See Addendum #3.** Based on Shyster McAwful's ranting verbiage and *ad hominem* personal attacks against me in its Revenge Order, it is obvious that my filing any such a document to deter his threatened termination would be an act of futility with no chance of success.

29. Shyster McAwful's Revenge Order struck my amended complaint that added Shyster McCafferty as a defendant prevent to prevent a judge in the future from entertaining my renewed claims against it in another court proceedings. It

also struck my previously filed ""Motion" for the Magistrate Judge to Go to Hell" (Docket item #12), my "Notice of Intent to Bring Suit" (Docket Item #43) to bring suit against Shyster McCafferty. Clearly In striking only these three documents, Shyster McAwful was clearing the record of any complaints I filed against the actions of these Shyster Judges by claiming they were illegally made and therefore ruled they were simply not legitimate."

30.  But McAwful's Revenge Order was full of ad hominem attacks on me and other mindless rantings of hate against me as a pro se petitioner who dared to criticize federal judges for their unethical conduct. In point of fact McAwful freely admits he does not like pro se plaintiffs like me who criticize judges and his intent to retaliate against me because of my offered critique of the presiding judges unethical conduct.

31.  The Revenge Order states —

"Indeed, Strahan seems more interested in making some sort of point about the limits of his so-called "free speech" and/or the scope of the court's authority to manage both its docket and unruly litigants than he is in addressing the merits of his claims. ==That is, of course, his choice. But it is not without consequence.=="

32.  Then on 3 October 2023, Shyster McAwful issued his threatened order terminating the *Strahan v. O'Reilly* ("Termination Order"). The Termination Order provided no reason for terminating the action based on any of his claims against the named defendants. It blatantly advertised its said terminating of the action as a simple retaliation for my filing documents that criticized the unethical conduct of the Shyster Judges and their continuing refusal to adjudicate my claims against the defendants. ==See Addendum #4.==

33.    The Termination Order states –

"Having carefully reviewed the record, the court concludes that Strahan knowingly and intentionally violated the court's Case Management Order dated March 4, 2022 (document no. 9) and its Sanctions Order dated May 26, 2022 (document no. 42). Additionally, the court finds that Strahan filed both his "Notice of Intent to Bring Suit" (document no. 43) and his "Notice of Intent to Add Crazy, Corrupt Shyster Judge as a Defendant" (document no. 63) in violation of Rule 11 of the Federal Rules of Civil Procedure. Because such "notices" are entirely unnecessary … Strahan submitted those papers solely for an improper purpose … to coerce, threaten, intimidate, and/or harass the then-presiding judge. … [quoting] "If you do not do so by close of business next Tuesday, I will . . . bring a Bivens action against you in your individual capacity.")."

34.    Obviously Shyster Awful's Terminating Order and his other unethical antics constituted a retaliation against my filing documents with the court critical of the Shyster Judges consistent refusal to adjudicate my meritorious claims against the Defendants and to advance the proceedings in a reasonable manner to trial. The Termination Order and the Revenge Order openly admit that the Shyster McAwful's termination of the Strahan v. O'Reilly was stop me from suing and otherwise bringing complaints against the Shyer Judges and disgruntled Clerk's Office employees who did nothing during the course of those proceedings bit to impose withering restraints on me to stop me from communicating with the court and making any constructive criticism of their continuous refusal to advance the proceedings to trial.

35.    At the end of the Termination Order, Shyster McAwful makes a hypocritical statement to justify termination as the only possible course of action to take on its part. It states —

> "As the court noted previously, 'numerous lesser restraints and sanctions have proved decidedly unhelpful in shaping [Strahan's] behavior.'"

26. But these Shyster Judges never held a single hearing in *Strahan v. O'Reilly* for any purpose, let alone to discuss my criticisms on the court's imposing ruthless restraints on my communicating with the Clerk's Office or its refusal to advance the proceedings to trial. If it held just one hearing to clear the air on these matters, it could have rationally dealt with these issues and brought a mutual civility to the proceedings.

27. How can the Shyster Judges claim that they were trying to legitimately restrain my unruly conduct when they did not once threaten me with contempt. Either civil or criminal. Not once did they threaten me with a fine. Not once did they hold a hearing to provide an opportunity to explain my concerns or to schedule a timely resolution of the proceedings to remove any need for my criticism of its refusal to move things forward. Instead, every step these Shyster Judges took made things worst.

28. The First Amendment protects my right to make critical, disrespectful and downright obnoxious statements about how the judge is threaten me and my claims against the defendants. Unless I obtain my requested relief, I will be coerced and intimidated from using the courts to protect both my and the Public's to enforce the law and participate in democratic government processes.

COUNT II: *The Shyster Judges Violation of the First Amendment and its Petition Clause by their Retaliatory and Punitive Termination of His Petitions Brought Before the Court.*

29. The Plaintiff re-alleges his claims of fact and law asserted in paragraphs 1 – 28.

30. The First Amendment's Petition guarantees and protects the right of the Public to petition courts for relief. The Petition Clause protected rights can be enforced against individual court magistrates including judges and clerks of the court. The Petition Clause prevents judges from relying on common law and Federal Rules of Civil Procedure to toss out lawsuits at will. Individual petitioners — pro se and proud — can enforce the Petition Clause to coerce judges to tolerate their criticism of them and still \ meaningfully adjudicate their claims.

31. Lawyers as employed professionals and officers of the court may be bound to common law and FRCP's providing no right to petition the court's in representing a paying client. But I and other member of the Public petitioning the courts on our own, are fully protected by the Petition Clause in our right to petition court' and getting our claims fully adjudicated on the merits.

32. As documented *supra*, the Shyster Defendants maliciously issued orders to stop me from criticizing them and acted in concert to terminate my lawsuits in retaliation from my filing documents that criticized their ethics and failings to properly adjudicate my claims and advance the proceedings.

33. Further, the Shyster Judges bigotry towards me and others that are pro se petitioners routinely results in their simply refusing to adjudicate my meritorious claims against the defendants and to properly advance the proceedings to trial. In *Strahan v. O'Reilly*, Shyster McCafferty refused to adjudicate my claims against the defendants. When I filed documents criticizing its refusal adjudicate my claims and advance the proceedings, it retaliated by issuing the said order threatening to terminate the proceedings.

34. When I filed an amended complaint adding Shyster McCafferty as a defendant, it acted to have it mentor and friend Shyster McAwful to take over

oversight of my lawsuit for it to ensure that Shyster Awful would terminate my lawsuit in retaliation for my suing Shyster McCafferty.

35.   Unless the court grants my requested relief, I will be intimidated and coerced from bringing any further lawsuits. Additionally, since I was unlawfully denied Justice against the injuries inflicted on me by the Defendants, I have the right to seek a compensatory and punitive award of damages from the individual Shyster Defendants that would equal at least what I was entitled to receive from each of the defendants that Justice would compel from an award by a jury.

COUNT III: *The Shyster Judges Violation of the First Amendment and its Free Speech Clause by their Order Requiring the Clerk's Office Ban His Phone Calls and Enjoining Him from Visiting the Clerk's Office and Communicating Directly with Its Employees.*

35.   The Plaintiff re-alleges his claims of fact and law asserted in paragraphs 1 – 34.

36.   As stated *supra*, both Shyster Johnston and McCafferty acted in concert to issue orders that threatened me with termination of my lawsuit if I attempted to make any direct communication with Clerk's Office staff, even the ones had friendly relations with and that agreed to continue to communicate with. Many of the Clerk's Office staff are friendly with me and agree to my continued direct communication with them.

37.   The Gag Order was issued based only on hearsay evidence. The Constitution protects my right to due process and being afforded by the Shyster Judges a pre-deprivational hearing to oppose the complaints against me made by anonymous Clerk's Office personnel. I was unlawfully denied this right by the all the Shyster Judges in their turn at enforcing the Gag Orders against me.

35.    Unless the court grants my requested relief, I will be intimidated and coerced from visiting the Clerk's Office in the future and enjoying my constitutionally protected right to fully enjoy its services. I will also be denied my lawful right to communicate directly with court employees and to visit the courthouse itself, since inadvertently speaking to anyone in the building might turn out to be an employee of the Clerk's Office.

36.    Additionally, since I was unlawfully denied Justice against the injuries inflicted on me by the Defendants, I have the right to seek a compensatory and punitive award of damages from the individual Shyster Defendants that would equal at least to what I was entitled to receive from each of the defendants that Justice would compel from an award by a jury.

## PRAYER FOR RELIEF

I. For a declaratory judgment declaring that the First Amendment's Petition Clause protects the Public's right acting as individuals to petition the courts for meaningful adjudication of their meritorious claims against a defendant. The Petition Clause prevents the termination of a civil action as a means of punishing a plaintiff for making critical and/or obnoxious written comments about the court or a lawsuit's presiding judge.

II. For a declaratory judgment declaring that the First Amendment's Free Speech clause is enforceable against federal judges. It protects the right of a plaintiff to make critical and/or obnoxious written comments in its court filings about the court or a lawsuit's presiding judge without fear of retaliation by the judge.

III. For a declaratory judgment that the Constitution protects the right of a plaintiff who is not represented by an attorney to have a pre-deprivational hearing in front of a judge (its "day in court") before the judge can terminate its lawsuit or impose any restraint upon a plaintiff for any reason.

IV. For an Order enjoining the Shyster Judges from overseeing in the future any judicial proceedings in any lawsuit commence by Strahan.

V. For an award of $100,000 in compensatory damages and an award of $1,000,000 in punitive damages from each of the Shyster Judges.

VI. For an award of the Plaintiff's direct costs of prosecution against the Defendants.

VII. For any further relief that the Court deems appropriate.

BY:

/s/ Richard Maximus Strahan

———————————————
Richard Maximus Strahan
1465 Woodbury Ave. PMB 337 Portsmouth, NH 03801-3210
617-817-4402
esistoo@yahoo.com

*Pro Se and Proud!*

## VERIFICATION OF THE COMPLAINT

I Richard Maximus Strahan verify under the pains and penalties of perjury that all the facts alleged in the above complaint are known to the best of my ability to be true. Signed under the pains and penalties of perjury this 26thth day of May in the year two thousand and twenty-three.

/s/ Richard Maximus Strahan
_____
Richard Maximus Strahan

FILED - USDC -NH
2023 MAY 31 AM 10:36

<div align="center">

# Richard Maximus Strahan
1465 Woodbury Ave., #337
Portsmouth NH 03801
esistoo@yahoo.com

</div>

**Served VIA USPS Priority Tracked Mail**                                26 May 2023

To:   Clerk's Office
      United States District Court for New Hampshire
      5 Pleasant Street Rm. 110
      Concord NH 03301

Re: Commencing Civil Action: *Richard Maximus Strahan v. Landya McCafferty et al.*

To the Clerk's Office:

　　Hi there. Enclosed you will find the signed complaint and other filings necessary to commence the above captioned new civil action in the Court. I am filing an Application for Temporary Restraining Order. I am asking the Court to rule on the TRO as soon as possible to stop the Defendants killing further any endangered whale species.

Enclosed you will find the following documents to be filed with the Court —

1.   The signed complaint.
2.   A filled out cover form
4.   A signed application for a temporary restraining order
5.   A signed motion to waive the Court's filing fee.
6.   A signed copy of the Court's form for an affidavit of indigent status.
7.   A Petition to Enact ECF Filing Opportunity
9.   A summons for each named defendant

I look forward to the Court docketing the above captioned civil action and waiving its filing fee in doing so owing to my indigent status. Call me at the supplied phone number or email me at the supplied email address if you have any questions.

In Peace,

/s/ Richard Maximus Strahan
_____
Richard Maximus Strahan
617-717-4402

Case 1:23-cv-00297-JJM-LDA   Document 1   Filed 05/31/23   Page 19 of 19

UNITED STATES POSTAL SERVICE. Retail

P  US POSTAGE PAID  $9.65
Origin: 03820
05/26/23
3218000820-8

PRIORITY MAIL®

0 Lb 7.30 Oz
RDC 24

EXPECTED DELIVERY DAY: 05/27/23

C011

SHIP TO:
55 PLEASANT ST
RM 110
CONCORD NH 03301-3941

USPS TRACKING® #
9505 5145 5094 3146 8642 88

PRIORITY® MAIL

FROM: R Strahan
1465 Woodbury Ave
#337
Portsmouth NH
03801

TO: Clerk's office
U.S. District Court
55 Pleasant Street
Rm. 110
Concord NH
03301