UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

Civil Action: _____

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

V.

LANDYA MCCAFFERTY, *et al. as Defendants*

**26 May 2023**

PLAINTIFF'S PETITION TO WAIVE FILING FEE AND COSTS
FOR SERVICE OF SUMMONS ON THE DEFENDANTS

Plaintiff RICHRD MAXIMUS STRAHAN speaks —

I am petitioning the Court to waive its filing fee for me to commence the instant action. I also request the Court to order the US Marshal Service to serve the summons on the Defendants without cost to me.

I am indigent and cannot afford to either pay the filing fee or the cost of a process server to serve the summons on each of the Defendants. I have concurrently filed with the court my affidavit attesting to my indigent status.

For the above reasons, I COMMAND the Court to GRANT my requested relief.

BY:    /s/ Richard Maximus Strahan
       _____
       Richard Maximus Strahan

       *Vir Rei Publicae Necessarius Est*

I certify that a copy of this document has been served on the Defendants ~~VIA E-mail~~.. VIA US mail.

/s/ Richard Maximus Strahan