FILED - USDC -NH
2023 MAY 31 AM 10:36

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

Civil Action: _____

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

V.

LANDYA MCCAFFERTY , *et al. as Defendants*

**26 May 2023**

---

PLAINTIFF'S EMERGENCY PETITION FOR AN EX PARTE TEMPORARY
RESTRAINING ORDER AGAINST THE DEFENDANTS

---

Plaintiff RICHARD MAXIMUS STRAHAN speaks —

I am petitioning the Court to issue an emergency temporary restraining order against Defendants McCafferty, Livingstone and McAuliffe that will immediately enjoin them from the following:

1. Interfering with his making telephone calls ti the USDC NH clerk's Office.

2. Acting as a presiding judge in the instant action.

3. Enforcing any order it previously issued in *Strahan v. O'Reilly* (Dist. NH 2022).

4. Bullying and harassing of USDC NH clerk's office employees in order to prevent them from communicating and providing Public services to the plaintiff.

I will suffer irreparable injury if these Shyster Defendants are allowed to continue to harass and bully me from enjoining my constitutional right to petition the court and file critical assessments of the services provided by court employees. They also are actively bullying the employees of the clerk's office to not communicate with me or provide my their profession services that they routinely supply all members of the Public.

**Summary**

For the above reasons, I COMMAND the Court to GRANT my requested relief.

BY:   /s/ Richard Maximus Strahan
_____
Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*