UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Maximus Strahan

    v.                              Civil No. 23-cv-297-JL

Landya McCafferty, et al.

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this case and request it be reassigned to another judge.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 31, 2023

cc:    Richard Maximus Strahan, pro se