**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


<u>Richard Maximus Strahan</u>

 v.             Civil No. 23-cv-297-SE

<u>Landya McCafferty, et al.</u>


<u>ORDER OF RECUSAL</u>

 I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

 SO ORDERED.

                 _____
                 Samantha Elliott
                 United States District Judge

June 22, 2023

cc: Richard Maximus Strahan, pro se