UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Richard Maximus Strahan</u>

    v.                                    Case No. 23-cv-297

<u>Landya McCafferty, et al.</u>

<u>O R D E R</u>

I recuse myself from presiding over this case.

SO ORDERED.

                                  <u>/s/ Paul J. Barbadoro</u>
                                  Paul J. Barbadoro
                                  United States District Judge

June 28, 2023

cc: Richard Maximus Strahan, pro se