```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Richard Maximus Strahan

    v.

                                      Case No. 23-cv-297-JJM-LDA

Landya McCafferty, et al


## JUDGMENT

In accordance with the Order by Judge John J. McConnell, Jr. dated August 4, 2023, judgment is hereby entered.

                                                   By the Court:

                                               /s/ Tracy A. Uhrin
                                               _____
                                               Tracy A. Uhrin
                                               Chief Deputy Clerk

Date: August 11, 2023

cc:   Richard Maximus Strahan, pro se