UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

**Civil Action: 23-cv-00297**

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

V.

LANDYA MCCAFFERTY , *et al. as Defendants*

**2 September 2023**

───────────────────────────────────────────

U SUM DUM JUDGE: NOTICE OF APPEAL
— AND —
MY NOTICE OF INTENT TO PROSECUTE SHYSTER MCCONNELL FOR VIOLATING MY CONSTITUTIONALLY PROTECTED RIGHT TO PETITION THE COURTS AND ENGAGE IN CORE-PROTECTED POLITICAL SPEECH

───────────────────────────────────────────

Plaintiff RICHARD MAXIMUS STRAHAN speaks —

I am appealing Shyster McConnell's refusal to adjudicate my claims against the shyster judge defendants and its judgment of dismissal. I am also appealing its refusal to give me access to the ECF filing system and for libeling me in official and public documents.

In doing so he usurped his authority as a judicial employee of the federal government. He violated the First Amendment rights of core protected political speech and to petition the government to enforce my constitutional rights against any infringement by government employees. The Supreme Court has no lawful authority to stop me from prosecuting any federal shyster judge who refuses to adjudicate my claims for no other reason that it found the political criticism of judges in my court filings to be obnoxious or otherwise personally offensive.

Additionally, no federal judge has any lawful authority to ban a citizen from directly communicating with employees of the clerk's office and especially without first affording him a pre-deprivational hearing and the opportunity to defend himself from hearsay allegations against him made to judicial employees.

For the inclusive but no exclusive reasons, I will be commencing a civil action prosecuting Shyster Judge McConnell and the named defendants for violating for enforcing administrative policies and local rules that discriminate against citizens petitioning the court without stepping aside and instead have one of their fellow members of the NH Bar Association to prosecute his claims in any manner it chooses to do so.

### Summary

"GO TO HELL SHYSTER MCCONNELL, YOU JUDICIAL BASTARD"

BY:   /s/ Richard Maximus Strahan

  _____

  Richard Maximus Strahan

  *Vir Rei Publicae Necessarius Est*

A copy of this notice was served on the shyster judge defendants via the ECF filing system. /s/ Richard Maximus Strahan.